UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case 2:11-cv-02301-SJF-GXB Document 14 Filed 04/12/12 Page 1 of 1 PageID #:
------------------------------------------------------------X

| | |
|---|---|
| ALBERTO AGUDELO, | : Case No.: |
| | : 11 Civ. 2301 (SJF) (GRB) |
| Plaintiffs, | : |
| - against - | : STIPULATION & ORDER OF |
| | : DISMISSAL |
| SOUTHAMPTON BRICK, INC., d/b/a | : |
| SOUTHAMPTON BRICK, | : |
| | : |
| Defendants. | : |

------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff and defendants Southampton Brick, Inc. d/b/a Southampton Brick, only, through the undersigned counsel, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, this action be dismissed with prejudice and without costs or attorney's fees in this action.

Dated: Melville, New York
       March 23, 2012

Shulman Kessler LLP

By: _____
    Troy L. Kessler, Esq.
*Attorneys for Plaintiff*
510 Broadhollow Road, Suite 110
Melville, New York 11747
(631) 499-9100
tk@shulmankessler.com

Dandeneau & Lott

By: _____
    Gerald V. Dandeneau, Esq.
*Attorneys for Defendant*
425 Broadhollow Road, Suite 418
Melville, New York 11747
(631) 454-0606
gvdand@aol.com

So Ordered:

    s/ Sandra J. Feuerstein
_____
U.S.D.J.